1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD JOSE DUPREE ,                      1:10-cv-1961 MJS (HC)

12              Petitioner,
                                                ORDER DENYING PETITIONER'S
13        vs.                                   SECOND MOTION FOR APPOINTMENT
                                                OF COUNSEL
14   FEDERAL BUREAU OF
     INVESTIGATIONS,
15                                              (Doc. 9)
                Respondent.
16
     _____/
17

18        Petitioner has requested the appointment of counsel.  There currently exists no

19   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v.

20   Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.

21   1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at

22   any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing

23   Section 2254 Cases.  In the present case, the Court does not find that the interests of justice

24   require the appointment of counsel at the present time.  Accordingly, IT IS HEREBY

25   ORDERED that Petitioner's request for appointment of counsel is denied.

26

27   IT IS SO ORDERED.

28   Dated:    December 20, 2010        /s/ *Michael J. Seng*

1
UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28